IH-32                                                                                              Rev: 2014-1

# United States District Court
## for the
## Southern District of New York
### Related Case Statement

**Full Caption of Later Filed Case:**

LOOK ABOVE LLC,

| Plaintiff | Case Number |
|---|---|
| vs. | tbd  22-cv-03418 |
| PPE SOLUTIONS GROUP, LLC, | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

3M COMPANY,

| Plaintiff | Case Number |
|---|---|
| vs. | 21-cv-04576 (PKC) (DCF) |
| PPE SOLUTIONS GROUP LLC | |
| Defendant | |

IH-32                                                                                                                         Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open     (If so, set forth procedural status and summarize any court rulings.)

Upon information and belief, a review of the docket at this time indicates that, while the case was closed by Order entered on or about 5 January 2022, a Motion to Reopen the Case was made by the Plaintiff therein, said Motion to Reopen entered on or about 17 February 2022. For these reasons, the Filing Party believes the status of the Related Case is or shall soon be "open."

*Case reopened 30 March 2022 by Order of Hon. PKC*

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The Plaintiff Look Above LLC ("Look Above") believes these cases are related for reason that, among other things, the Defendant PPE Solutions Group, LLC is the same in both cases, that the same lot of physical goods, i.e., that certain lot of masks, is at issue in both cases, that 3M, the Plaintiff in the Earlier Filed Case, served Look Above with a "cease and desist" letter regarding these same physical goods, demanded Look Above cooperate with 3M, and otherwise notified Look Above of 3M's Earlier Filed Case alleging, inter alia, trademark counterfeiting, trademark infringement, and so forth. For all these good reasons, and in the interests of justice and judicial economy, Look Above respectfully asserts that its Later Filed Case should be deemed "related" to the Earlier Filed Case, pursuant to S.D.N.Y. Local Civil Rule 1.6(a).

Signature: _____     Date: 27 April 2022

Sabino & Sabino, P.C.

Firm: _____