UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOOK ABOVE LLC,

Plaintiff,

-v-

PPE SOLUTIONS GROUP, LLC,

Defendant.

Case No. ~~tbd~~ 22-cv-03418

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Look Above LLC                          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 27 April 2022

Signature of Attorney

Attorney Bar Code: AMS-0578

Anthony Michael Sabino

Form Rule7_1.pdf   SDNY Web 10/2007