**UNITED STATES DISTRICT COURT STATE OF NEW YORK**
**SOUTHERN DISTRICT**

**AFFIDAVIT OF SERVICE**


*2839785*

Index no :22-CV-03418

| Plaintiff(s): | LOOK ABOVE LLC |
|---|---|
| Defendant(s): | PPE SOLUTIONS GROUP, LLC |

STATE OF NEW YORK
COUNTY OF SUFFOLK     ss.:

MICHAEL MANGUAL, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On 05/05/2022 at 2:33 PM, I served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION Bearing Index Number 22-CV-03418 and date of filing of 04/28/2022 on PPE SOLUTIONS GROUP, LLC at 395 BROADWAY, APT. 11B, NEW YORK, NY 10013 in the manner indicated below:

LIMITED LIABILITY COMPANY: By delivering a true copy of said documents to EVA STELLMAN, AUTHORIZED AGENT of the above named Limited Liability Company. The undersigned asked the recipient if he/she is authorized to accept service on behalf of PPE SOLUTIONS GROUP, LLC, and the recipient responded in the affirmative.

A description of the **defendant**, or other person served on behalf of the **defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age aprx | Height aprx | Weight aprx |
|---|---|---|---|---|---|
| Female | White | Brown/Blonde | 30 | 5ft4in - 5ft7in | 125-149 lbs |
| Other Features: | | | | | |

Affidavit Comments: BEIGE STONE APARTMENT BUILDING

Sworn to and subscribed before me on
5/16/22

*(signature)* Lauren Montenegro
Notary Public,

LAUREN MONTENEGRO
Notary Public, State of New York
No. 01MO6283797
Qualified in Suffolk County
Commission Expires June 17, 2025

X _(signature)_
MICHAEL MANGUAL
License#: 2068129
Alstate Process Service Inc.
60 Burt Drive
Deer Park, NY 11729
631/667-1800

SABINO & SABINO, P.C.
92 WILLIS AVENUE
2ND FLOOR
MINEOLA, NY 11501
516-294-3199

Atty File#: PPE SOLUTIONS 0504

UNITED STATES DISTRICT COURT STATE OF NEW YORK
SOUTHERN DISTRICT


*2839785*

INDEX # 22-CV-03418

---

**LOOK ABOVE LLC**
**PLAINTIFF(S)**

against

**PPE SOLUTIONS GROUP, LLC**
**DEFENDANT(S)**

AFFIDAVIT OF SERVICE BY MAIL

---

STATE OF NEW YORK
COUNTY OF SUFFOLK     ss:

**Kenneth J Mannino** being duly sworn, deposes and says :

I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

On May 10, 2022 I enclosed a copy of the SUMMONS AND COMPLAINT IN A CIVIL ACTION in this action in a first class mail post-sealed envelope bearing the legend "personal and confidential" and not indicating on the outside of the envelope that the communication is from an attorney or concerns an action against the person to be served and deposited the envelope in an official depository under the exclusive care and custody of the U.S Postal Service within New York State, addressed to the following defendant at the last known address set forth below:

Name: TO ALL MEMBERS: PPE SOLUTIONS GROUP, LLC
Address 395 BROADWAY APT. 11B, NEW YORK, NY 10013

Sworn to before me on : 5/11/22

NOTARY

Kenneth J Mannino

SHEILA BROILLET
Notary Public, State of New York
No. 01BR4963771
Qualified in Suffolk County
Commission Expires March 19, 2026

Alstate Process Service Inc. - 60 Burt Drive Deer Park, NY 11729 - Tel: 631/667-1800 - Fax: 631/667-0302

SABINO & SABINO, P.C. - 92 WILLIS AVENUE MINEOLA, NY 11501 516-294-3199
Client File: PPE SOLUTIONS 0504

**UNITED STATES DISTRICT COURT STATE OF NEW YORK**
**SOUTHERN DISTRICT**

**AFFIDAVIT OF SERVICE**



*2839786*

Index no: 22-CV-03418
Date Index Number Purchased: 04/28/2022

| Plaintiff(s): | LOOK ABOVE LLC |
|---|---|
| Defendant(s): | PPE SOLUTIONS GROUP, LLC |

STATE OF __Wyoming__
COUNTY OF __Laramie__                         ss:

__Danielle Broderick__, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of __Wyoming__.

On __5/9/2022__ at __3:00__ am/**pm** I served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION bearing Index Number 22-CV-03418 and date of filing of 04/28/2022 on PPE SOLUTIONS GROUP, LLC B/S/U CORPORATION SERVICE COMPANY, AS REGISTERED AGENT at

__1821 Logan Ave Cheyenne WY 82001__
in the manner indicated below:

✓ **CORPORATE SERVICE**: By delivering a true copy of said documents to (name of individual) __Alicia Manzanares__ (title) __Agent__ of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of PPE SOLUTIONS GROUP, LLC B/S/U CORPORATION SERVICE COMPANY, AS REGISTERED AGENT, and the recipient responded in the affirmative.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| F | Hisp. | Brn | 20's | 5'3 | 110 |
| Other Features: | | | | | |

On the __11th__ day of __May__ in the year __2022__ before me, the undersigned, personally appeared __Danielle Broderick__, the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she resides in __3521 Duff Ave Cheyenne WY__ (if the place of residence is in a city, include the street and street number, if any, thereof); that he/she knows __Danielle Broderick__ to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said __Danielle Broderick__ execute the same; and that said subscribing witness at the same time subscribed his/her name as a witness thereto.

Sworn to and subscribed before me on

__May 11__, 2022

Notary Public
x __Loretta Aanenson__

x __Danielle Broderick__
Server's Name

Alstate Process Service Inc.
60 Burr Drive
Deer Park, NY 11729
631/667-1800

SABINO & SABINO, P.C.
92 WILLIS AVENUE
2ND FLOOR
MINEOLA NY 11501
516-294-3199

LORETTA AANENSON - NOTARY PUBLIC
County of Albany
State of Wyoming
My Commission Expires August 22, 2024

Atty File #: PPE SOLUTIONS 0504