UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOOK ABOVE LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:22-cv-03418 |
| v. ) | |
| ) | |
| PPE SOLUTIONS GROUP, LLC ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

Undersigned counsel, Kerry Brainard Verdi, hereby enters her appearance on behalf of Defendant PPE Solutions Group, LLC.

May 26, 2022                              Respectfully submitted,


/s/ Kerry Brainard Verdi

Kerry Brainard Verdi, Esq.
VERDI & OGLETREE PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
Telephone:    (202) 449-7703
Facsimile:     (202) 449-7701
kverdi@verdiogletree.com

*Counsel to Defendant PPE Solutions Group, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of May, 2022, a copy of the foregoing paper was filed via the CM/ECF system, which caused a copy to be electronically served on all counsel of record.

      /s/ Kerry Brainard Verdi
      Kerry Brainard Verdi