UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOOK ABOVE LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:22-cv-03418 |
| v. ) | |
| ) | |
| PPE SOLUTIONS GROUP, LLC ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT PPE SOLUTIONS GROUP, LLC's RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification nor recusal, the undersigned counsel for PPE Solutions Group, LLC (a private, non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held:

None.

May 26, 2022                                            Respectfully submitted,


/s/ Kerry Brainard Verdi
Kerry Brainard Verdi, Esq.
VERDI & OGLETREE PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 449-7703
Facsimile: (202) 449-7701
kverdi@verdiogletree.com

*Counsel to Defendant PPE Solutions Group, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served upon all parties of record by filing in the Court's electronic filing system this 26th day of May, 2022.

                                                */s/ Kerry Brainard Verdi*
                                                Kerry Brainard Verdi