# Verdi & Ogletree PLLC

Kerry Brainard Verdi, Esquire
KVerdi@verdiogletree.com

1325 G Street, NW
Suite 500
Washington, DC 20005
Phone: (202) 449-7703
Fax: (202) 449-7701

May 26, 2022

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

> Re: *Look Above, LLC v. PPE Solutions Group, LLC* No. 1:22-cv-03418
> Consent Request for Extension of Time to File Responsive Pleading

Dear Judge Carter:

    Defendant PPE Solutions Group, LLC's ("PPE) responsive pleading in the above-referenced matter is due today, unfortunately the registered agent failed to provide a copy of the complaint to PPE. Upon learning of the purported service from Plaintiff's counsel, undersigned counsel was today retained to represent Defendant in the above-referenced matter.

    Plaintiff's counsel reached out to undersigned counsel to discuss this matter and the Parties believe there is a possibility of resolving this matter.

    The parties have conferred and jointly seek a continuance for Defendant to file a responsive pleading to July 29, 2022. This will provide Defendant with time to prepare either an Answer or Pre-Motion Letter and will further provide the parties time to potentially resolve this matter without the need for litigation.

    This is the first request for continuance by the parties in this action.

    Thank you for your consideration.

    Sincerely,

    /s/ Kerry Brainard Verdi

    Kerry Brainard Verdi

cc: Counsel of Record (via ECF)