# Verdi & Ogletree PLLC

1325 G Street, NW
Suite 500
Washington, DC 20005
Phone: (202) 449-7703
Fax: (202) 449-7701

Kerry Brainard Verdi, Esquire
KVerdi@verdiogletree.com

July 25, 2022

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

> **Re: *Look Above, LLC v. PPE Solutions Group, LLC* No. 1:22-cv-03418**
> **Consent Request for Extension of Time to File Responsive Pleading**

Dear Judge Carter:

On May 26, 2022, the Parties in the above-referenced matter jointly sought to continue the time for Defendant PPE Solutions Group, LLC ("PPE) to file a responsive pleading until July 29, 2022, to provide the parties time to potentially resolve this matter. To date, the Parties are continuing to attempt to resolve this matter and, therefore, again jointly request a continuance of time for PPE to file a responsive pleading until August 31, 2022. This additional time will provide the parties time to potentially resolve this matter without the need for litigation.

This is the second request for continuance by the parties in this action.

Thank you for your consideration.

Sincerely,

/s/ Kerry Brainard Verdi

Kerry Brainard Verdi

cc: Counsel of Record (via ECF)