# Verdi & Ogletree PLLC

Kerry Brainard Verdi, Esquire
KVerdi@verdiogletree.com

1325 G Street, NW
Suite 500
Washington, DC 20005
Phone: (202) 449-7703
Fax: (202) 449-7701

August 29, 2022

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

> Re: ***Look Above, LLC v. PPE Solutions Group, LLC*** No. 1:22-cv-03418
> **Third Consent Request for Extension of Time to File Responsive Pleading**

Dear Judge Carter:

      On May 26, 2022, the Parties in the above-referenced matter jointly sought to continue the time for Defendant PPE Solutions Group, LLC ("PPE) to file a responsive pleading until July 29, 2022, to provide the parties time to potentially resolve this matter.  The Parties sought a second continuance on July 25, 2022, to continue the time to file a responsive pleading until August 31, 2022.  Since the second request was granted, the Parties have continued to engage in substantive settlement talks and are moving towards resolution of this matter.  For that reason, the Parties jointly request another continuance of time for PPE to file a responsive pleading until September 21, 2022.

      This is the third request for continuance by the parties in this action.

      Thank you for your consideration.

      Sincerely,

      */s/ Kerry Brainard Verdi*

      Kerry Brainard Verdi

cc:  Counsel of Record (via ECF)