**SABINO & SABINO, P.C.**
ATTORNEYS AT LAW
92 Willis Avenue, 2nd Floor
Mineola, New York 11501
516-294-3199
Fax: 516-747-9405
E-mail: Anthony.Sabino@sabinolaw.com
www.sabinolaw.com

ANTHONY MICHAEL SABINO
MARY JANE C. SABINO (1957-2006)

ADMITTED IN NEW YORK
PENNSYLVANIA
AND THE UNITED STATES
SUPREME COURT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/4/2022

19 September 2022

**VIA ECF AND EMAIL**

Hon. Andrew L. Carter, Jr.
United States District Court for the
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007



Re: Look Above LLC v. PPE Solutions Group, LLC
22-cv-03418 (ALC) (KHP) (S.D.N.Y.)

Your Honor:

We are the attorneys for the Plaintiff Look Above LLC in the matter captioned above. I am pleased to report to the Court that the parties have reached a settlement in principle. However, we require a bit more time to finalize the formal settlement agreement, and thereafter have same executed by the parties.

For these reasons, the parties respectfully and jointly request a brief extension of the Defendant's time to answer or otherwise move to Thursday, 6 October 2022.

This is the parties' fourth request for an extension of time.

On 26 May 2022, the parties jointly requested an extension of the Defendant's time to answer or otherwise move to 29 July 2022, in order to provide the parties time to discuss settlement. On 25 July 2022, the parties jointly requested a second extension of time to 31 August 2022 to continue settlement discussions. On 29 August 2022, the parties requested a third extension of time to 21 September 2022 to continue settlement discussions. All such requests were granted and "so ordered" by the Court.

Barring some untoward event, the parties are confident the entire controversy shall be resolved by such time, and the instant case closed. Thank you for your consideration. Respectfully, I remain,

Very truly yours,

1



Anthony Michael Sabino

cc: Kerry Brainard Verdi, Esq. (via ECF and email)
Verdi & Ogletree PLLC, attorneys for the Defendant PPE
RC, Look Above

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: 10/4/2022