UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------X

LOOK ABOVE LLC,

    Plaintiff,

v.

PPE SOLUTIONS GROUP, LLC,

    Defendant.
X------------------------------------------------X

ECF #

22 cv 03418 (ALC) (KHP)

JURY TRIAL DEMANDED

### NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE

  LOOK ABOVE LLC, the Plaintiff in the action captioned above, by and through its attorneys, Sabino & Sabino, P.C., hereby makes for its Notice of Voluntary Dismissal, with Prejudice, of the action captioned above, and states as follows:

  **WHEREAS,** the Plaintiff and the Defendant in the action captioned above (the "Parties") have entered into a settlement agreement fully and finally resolving the instant controversy in its entirety (the "Settlement Agreement"); and

  **WHEREAS,** the Parties have mutually agreed that the substantive and financial terms of that Settlement Agreement are to be and shall remain confidential; and

  **WHEREAS,** the Parties agree that this honorable Court shall retain jurisdiction over the Settlement Agreement; and

  **WHEREAS,** the aforementioned retention of jurisdiction aside, the Parties agree that, as a term of the Settlement Agreement, the case captioned above shall be voluntarily dismissed by the Plaintiff, with prejudice, and without costs to any party; and

**WHEREAS**, the Parties agree that the instant Voluntary Dismissal, with Prejudice, is to be "so ordered" by this honorable Court:

**IT IS NOW HEREBY ORDERED THAT:**

The instant case is hereby voluntarily dismissed by the Plaintiff, with prejudice, without costs to any party.

The United States District Court for the Southern District of New York (Manhattan courthouse) shall retain full and complete jurisdiction over the enforcement of the instant Settlement Agreement and all of its terms, including any controversy which may arise from or in any way relate to this Settlement Agreement. In the event of any controversy regarding the enforcement of this Settlement Agreement, any of the parties may petition or otherwise seek relief from that Court, and shall proceed under the existing caption and index number, specifically *22-cv-03418 (ALC) (KHP)*.

Dated: 5 October 2022
      Mineola, New York

                              Respectfully submitted,

                              SABINO & SABINO, P.C.
                              Attorneys for the Plaintiff Look Above LLC

                              By: _____
                              Anthony Michael Sabino (AMS-0578)

                              92 Willis Avenue, 2d Floor
                              Mineola, New York 11501
                              (516) 294-3199

Fax: (516) 747-9405
Anthony.Sabino@sabinolaw.com

**SO ORDERED THIS \_\_\_ DAY OF
_____, 2022**

_____
The Hon. Andrew L. Carter, Jr.

Copies to:

Kerry Brainard Verdi, Esq.
Verdi & Ogletree PLLC
1325 G Street, NW, Suite 500
Washington, D.C. 20005

Attorneys for the Defendant
PPE Solutions Group, LLC

AMS/dal
FINAL Notice of Voluntary Dismissal

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury, that on 5 October 2022 he caused to be served, via the Court's ECF and regular mail, the Plaintiff's Notice of Voluntary Dismissal, with Prejudice, upon counsel, as indicated herein below.

Dated: 5 October 2022
       Mineola, New York

                        SABINO & SABINO, P.C.
                        /s/ Anthony Michael Sabino

By: _____
Anthony Michael Sabino (AMS-0578)
Attorneys for the Plaintiff
Look Above LLC
92 Willis Avenue, 2d Floor
Mineola, New York 11501
(516) 294-3199
fax: (516) 747-9405
e-mail: Anthony.Sabino@sabinolaw.com

TO:
Kerry Brainard Verdi, Esq.
Verdi & Ogletree PLLC
1325 G Street, NW, Suite 500
Washington, D.C. 20005

Attorneys for the Defendant
PPE Solutions Group, LLC