USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------X

LOOK ABOVE LLC,

        Plaintiff,

v.

PPE SOLUTIONS GROUP, LLC,

        Defendant.
X------------------------------------------------X

ECF #

22 cv 03418 (ALC) (KHP)

JURY TRIAL DEMANDED

## NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE

LOOK ABOVE LLC, the Plaintiff in the action captioned above, by and through its attorneys, Sabino & Sabino, P.C., hereby makes for its Notice of Voluntary Dismissal, with Prejudice, of the action captioned above, and states as follows:

**WHEREAS,** the Plaintiff and the Defendant in the action captioned above (the "Parties") have entered into a settlement agreement fully and finally resolving the instant controversy in its entirety (the "Settlement Agreement"); and

**WHEREAS,** the Parties have mutually agreed that the substantive and financial terms of that Settlement Agreement are to be and shall remain confidential; and

**WHEREAS,** the Parties agree that this honorable Court shall retain jurisdiction over the Settlement Agreement; and

**WHEREAS,** the aforementioned retention of jurisdiction aside, the Parties agree that, as a term of the Settlement Agreement, the case captioned above shall be voluntarily dismissed by the Plaintiff, with prejudice, and without costs to any party; and

1

WHEREAS, the Parties agree that the instant Voluntary Dismissal, with Prejudice, is to be "so ordered" by this honorable Court:

**IT IS NOW HEREBY ORDERED THAT:**

The instant case is hereby voluntarily dismissed by the Plaintiff, with prejudice, without costs to any party.

The United States District Court for the Southern District of New York (Manhattan courthouse) shall retain full and complete jurisdiction over the enforcement of the instant Settlement Agreement and all of its terms, including any controversy which may arise from or in any way relate to this Settlement Agreement. In the event of any controversy regarding the enforcement of this Settlement Agreement, any of the parties may petition or otherwise seek relief from that Court, and shall proceed under the existing caption and index number, specifically *22-cv-03418 (ALC) (KHP)*.

Dated: 5 October 2022
      Mineola, New York

        Respectfully submitted,

        SABINO & SABINO, P.C.

        Attorneys for the Plaintiff Look Above LLC

        By: _____
        Anthony Michael Sabino (AMS-0578)

        92 Willis Avenue, 2d Floor
        Mineola, New York 11501
        (516) 294-3199

Fax: (516) 747-9405
Anthony.Sabino@sabinolaw.com

**SO ORDERED THIS 5 DAY OF October, 2022**

*[signature]*

The Hon. Andrew L. Carter, Jr.

Copies to:

Kerry Brainard Verdi, Esq.
Verdi & Ogletree PLLC
1325 G Street, NW, Suite 500
Washington, D.C. 20005

Attorneys for the Defendant
PPE Solutions Group, LLC

AMS/dal
FINAL Notice of Voluntary Dismissal

3