UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------X

LOOK ABOVE LLC,

        Plaintiff,

v.

PPE SOLUTIONS GROUP, LLC,

        Defendant.
X------------------------------------------------X

ECF #

22 cv 03418 (ALC) (KHP)

JURY TRIAL DEMANDED

# ATTACHMENT OF EXHIBITS TO

# LOOK ABOVE LLC'S

# PRE-MOTION CONFERENCE LETTER

# DATED 1 FEBRUARY 2022

**EXHIBIT "A"**

## **SETTLEMENT AGREEMENT AND MUTUAL RELEASE**

This SETTLEMENT AGREEMENT AND RELEASE (the "Settlement Agreement") is entered into this 26 day of September, 2022 (the "Effective Date") made by and among Look Above LLC ("Look Above") and PPE Solutions Group LLC ("PPE") (collectively, the "Parties").

Total Settlement Amount

PPE agrees to pay Look Above, in full and final settlement of the Litigation and any other causes or controversies between them, the total sum of Sixty-Five Thousand Dollars and no cents U.S. ($65,000.00) (the "Settlement Amount"), the Settlement Amount to be paid by PPE to Look Above in the following manner.

Schedule of Payments

PPE shall pay the Settlement Amount to Look Above in thirteen (13) equal installments of Five Thousand Dollars and no cents U.S. ($5,000.00), in accordance with the following schedule.

The first payment shall be made on January 15, 2023.

The subsequent twelve (12) payments called for by this Settlement Agreement shall be made on a monthly schedule, as follows:

February 15, 2023
March 15, 2023
April 15, 2023
May 15, 2023

Retention of Jurisdiction

The United States District Court for the Southern District of New York (Manhattan courthouse) shall retain full and complete jurisdiction over the enforcement of the Settlement Agreement and all of its terms, including any controversy which may arise from or in any way relate to this Settlement Agreement. In the event of any controversy regarding the enforcement of this Settlement Agreement, any of the parties may petition or otherwise seek relief from that Court, and shall proceed under the existing caption and index number, specifically *22-cv-03418 (ALC) (KHP)*.

_____

Ruthie Coutinho, not in her individual capacity,
But as a managing member of and for

Look Above LLC




_____

Kyle Barnette, not in his individual capacity,
But as a Manager of and for

PPE Solutions Group LLC

**EXHIBIT "B"**

anthony.sabino sabinolaw.com
___

**To:** Kerry Verdi
**Subject:** Look Above PPE Solutions SDNY

9 January 2023

**WITHOUT PREJUDICE---ALL RIGHTS RESERVED**

RE: LOOK ABOVE/PPE SOLUTIONS/SETTLEMENT PAYMENTS

Dear Kerry:

I trust this finds you well.

Just a polite reminder that the first settlement payment in the matter referenced above, in the amount of Five Thousand Dollars and no cents ($5,000.00), is coming due, and must be post-marked no later than 15 January 2023.

As per the Settlement Agreement, we look forward to receiving your client's check in that amount, made payable to "Sabino & Sabino, P.C. IOLTA Account."

Thank you.

Anthony Sabino


*Anthony Michael Sabino, Esq.*
SABINO & SABINO, P.C.
Attorneys at Law
92 Willis Avenue, 2d Floor
Mineola, New York 11501
Tel: (516) 294-3199; Fax: (516) 747-9405
Email: Anthony.Sabino@sabinolaw.com
Website: www.sabinolaw.com

This email and any data transmitted with it are privileged and confidential, and intended solely for the use of the intended recipient. If you have received this in error, please notify the sender immediately, and delete this email and all of its contents from your system. Please be informed that any unauthorized use, disclosure, dissemination, copying or retention of this email and/or its contents will subject you to legal action, including, but not limited to, money damages and injunctive relief.

1

anthony.sabino sabinolaw.com

**From:** Kerry Verdi <kverdi@verdiogletree.com>
**Sent:** Monday, January 9, 2023 8:02 PM
**To:** anthony.sabino sabinolaw.com
**Subject:** RE: Look Above PPE Solutions SDNY

Happy new year!

Thank you for the reminder, I will pass it along to my clients.

All the best,
Kerry

**From:** anthony.sabino sabinolaw.com <anthony.sabino@sabinolaw.com>
**Sent:** Monday, January 9, 2023 3:40 PM
**To:** Kerry Verdi <kverdi@verdiogletree.com>
**Subject:** Look Above PPE Solutions SDNY

9 January 2023

**WITHOUT PREJUDICE---ALL RIGHTS RESERVED**

RE: LOOK ABOVE/PPE SOLUTIONS/SETTLEMENT PAYMENTS

Dear Kerry:

I trust this finds you well.

Just a polite reminder that the first settlement payment in the matter referenced above, in the amount of Five Thousand Dollars and no cents ($5,000.00), is coming due, and must be post-marked no later than 15 January 2023.

As per the Settlement Agreement, we look forward to receiving your client's check in that amount, made payable to "Sabino & Sabino, P.C. IOLTA Account."

Thank you.

Anthony Sabino


*Anthony Michael Sabino, Esq.*
SABINO & SABINO, P.C.
Attorneys at Law
92 Willis Avenue, 2d Floor
Mineola, New York 11501
Tel: (516) 294-3199; Fax: (516) 747-9405
Email: Anthony.Sabino@sabinolaw.com
Website: www.sabinolaw.com

1

**anthony.sabino sabinolaw.com**

To: Kerry Verdi
Subject: Look Above PPE Solutions SDNY

20 January 2023

**WITHOUT PREJUDICE---ALL RIGHTS RESERVED**

RE: LOOK ABOVE/PPE SOLUTIONS S.D.N.Y./SETTLEMENT PAYMENT

Dear Attorney Verdi:

It is now approximately 2:30 P.M. (New York time), Friday, 20 January 2023.

Your client's first settlement installment payment, in the amount of Five Thousand Dollars and no cents ($5,000.00), was required to be postmarked no later than 15 January 2023.

We have yet to receive it.

We respectfully demand an immediate explanation, and, moreover, immediate payment.

Thank you.

Anthony Michael Sabino

For the Firm

Attorneys for Look Above


*Anthony Michael Sabino, Esq.*
SABINO & SABINO, P.C.
Attorneys at Law
92 Willis Avenue, 2d Floor
Mineola, New York 11501
Tel: (516) 294-3199; Fax: (516) 747-9405
Email: Anthony.Sabino@sabinolaw.com
Website: www.sabinolaw.com

This email and any data transmitted with it are privileged and confidential, and intended solely for the use of the intended recipient. If you have received this in error, please notify the sender immediately, and delete this email and all of its contents from your system. Please be informed that any unauthorized use, disclosure, dissemination, copying or retention of this email and/or its contents will subject you to legal action, including, but not limited to, money damages and injunctive relief.

1