**SABINO & SABINO, P.C.**
ATTORNEYS AT LAW
92 Willis Avenue, 2nd Floor
Mineola, New York 11501
516-294-3199
Fax: 516-747-9405
E-mail: Anthony.Sabino@sabinolaw.com
www.sabinolaw.com

ANTHONY MICHAEL SABINO
MARY JANE C. SABINO (1957-2006)

ADMITTED IN NEW YORK
PENNSYLVANIA
AND THE UNITED STATES
SUPREME COURT

9 February 2023

**VIA ECF AND EMAIL**

Hon. Andrew L. Carter, Jr.
United States District Court for the
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re: Look Above LLC v. PPE Solutions Group, LLC
<u>22-cv-03418 (ALC) (KHP) (S.D.N.Y.)</u>

Your Honor:

  Respectfully, we are the attorneys for the Plaintiff Look Above LLC ("Look Above") in the above captioned action against the Defendant PPE Solutions Group, LLC ("PPE").

  Please be informed that Look Above withdraws, *without prejudice*, its 1 February 2023 letter seeking a Pre-Motion Conference for reason that, at the time of that letter, PPE had failed to make the required 15 January 2023 first installment payment. The undersigned was able to confirm today that the required $5,000.00 payment was made by PPE today via wire transfer to this law firm's IOLTA account.

  To be sure, the undersigned has no wish to inject any rancor into these proceedings, and so the following is stated simply for the record. This unfortunate situation could have been entirely avoided, had PPE simply followed the plain terms of the settlement accord. We can only hope this will not happen again. Merely as a precaution, Look Above states respectfully, but explicitly, that it reserves all of its rights in this matter, particularly the right to petition this honorable Court for relief, should there be a repetition of this regrettable incident.

  With thanks, I respectfully remain,

Very truly yours,

Anthony Michael Sabino
For Plaintiff Look Above

cc: Kerry Brainard Verdi, Esq.
  For Defendant PPE (via ECF and email)
RC, CC (Look Above)