UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------X

LOOK ABOVE LLC,

        Plaintiff,

v.

PPE SOLUTIONS GROUP, LLC,

        Defendant.
X------------------------------------------------X

ECF #

22 cv 03418 (ALC) (KHP)

JURY TRIAL DEMANDED

# EXHIBIT "A" TO

# LOOK ABOVE LLC'S

# PRE-MOTION CONFERENCE LETTER

# DATED 6 MARCH 2023

1

**anthony.sabino sabinolaw.com**

**To:** Kerry Verdi
**Subject:** Look Above PPE Solutions SDNY Payment Not Received

**WITHOUT PREJUDICE----ALL RIGHTS RESERVED**

22 February 2023

RE: LOOK ABOVE/PPE SOLUTIONS S.D.N.Y.

Dear Attorney Verdi:

We have not yet received the second installment payment, which was due 15 February 2023.

We respectfully demand an immediate explanation, and, more importantly, immediate payment.

We reserve all rights to seek relief from the Court, per the terms of the settlement accord.

I look forward to your prompt reply.

Respectfully,

Anthony Michael Sabino


*Anthony Michael Sabino, Esq.*
SABINO & SABINO, P.C.
Attorneys at Law
92 Willis Avenue, 2d Floor
Mineola, New York 11501
Tel: (516) 294-3199; Fax: (516) 747-9405
Email: Anthony.Sabino@sabinolaw.com
Website: www.sabinolaw.com

This email and any data transmitted with it are privileged and confidential, and intended solely for the use of the intended recipient. If you have received this in error, please notify the sender immediately, and delete this email and all of its contents from your system. Please be informed that any unauthorized use, disclosure, dissemination, copying or retention of this email and/or its contents will subject you to legal action, including, but not limited to, money damages and injunctive relief.

1

**anthony.sabino sabinolaw.com**

**To:** Kerry Verdi
**Subject:** Look Above PPE Solutions SDNY

27 February 2023

**WITHOUT PREJUDICE---ALL RIGHTS RESERVED**

RE: LOOK ABOVE/PPE SOLUTIONS S.D.N.Y.

Dear Attorney Verdi:

It is now well past 12 Noon (NY time) on Monday, 27 February 2023.

PPE's 15 February installment payment on the settlement is well overdue.

You have not responded to the undersigned's email of 22 February.

A Pre-Motion Conference letter to Judge Carter is imminent.

Look Above repeats its rightful demand for immediate payment, and an immediate explanation.

Let your client's actions be judged accordingly.

Thank you. With respect, I remain,

Anthony Sabino

For the Plaintiff Look Above


*Anthony Michael Sabino, Esq.*
SABINO & SABINO, P.C.
Attorneys at Law
92 Willis Avenue, 2d Floor
Mineola, New York 11501
Tel: (516) 294-3199; Fax: (516) 747-9405
Email: Anthony.Sabino@sabinolaw.com
Website: www.sabinolaw.com

This email and any data transmitted with it are privileged and confidential, and intended solely for the use of the intended recipient. If you have received this in error, please notify the sender immediately, and delete this email and all of its contents from your system. Please be informed that any unauthorized use, disclosure, dissemination, copying or retention of this email and/or its contents will subject you to legal action, including, but not limited to, money damages and injunctive relief.

**anthony.sabino sabinolaw.com**

**From:** Kerry Verdi <kverdi@verdiogletree.com>
**Sent:** Monday, February 27, 2023 1:35 PM
**To:** anthony.sabino sabinolaw.com
**Subject:** Re: Look Above PPE Solutions SDNY

Anthony,

Thank you for letting me know. I will reach out to my client.

Thank you,
Kerry

Get Outlook for iOS

**From:** anthony.sabino sabinolaw.com <anthony.sabino@sabinolaw.com>
**Sent:** Monday, February 27, 2023 1:24:20 PM
**To:** Kerry Verdi <kverdi@verdiogletree.com>
**Subject:** Look Above PPE Solutions SDNY

27 February 2023

**WITHOUT PREJUDICE---ALL RIGHTS RESERVED**

RE: LOOK ABOVE/PPE SOLUTIONS S.D.N.Y.

Dear Attorney Verdi:

It is now well past 12 Noon (NY time) on Monday, 27 February 2023.

PPE's 15 February installment payment on the settlement is well overdue.

You have not responded to the undersigned's email of 22 February.

A Pre-Motion Conference letter to Judge Carter is imminent.

Look Above repeats its rightful demand for immediate payment, and an immediate explanation.

Let your client's actions be judged accordingly.

Thank you. With respect, I remain,

Anthony Sabino

For the Plaintiff Look Above

1