USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/13/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LOOK ABOVE LLC,**

               **Plaintiff,**

-against-

**PPE SOLUTIONS GROUP LLC,**

               **Defendant.**

---

**22-cv-03418 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Plaintiff's pre-motion conference letter. ECF No. 22. If Defendant wishes to respond, they may do so by filing a letter on or before **March 17, 2023**.

**SO ORDERED.**

Dated:   March 13, 2023
            New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**