# Verdi & Ogletree PLLC

1325 G Street, NW<br>
Suite 500<br>
Washington, DC 20005<br>
Phone: (202) 449-7703<br>
Fax: (202) 449-7701

Kerry Brainard Verdi, Esquire
KVerdi@verdiogletree.com

March 17, 2023

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re: *Look Above, LLC v. PPE Solutions Group, LLC* No. 1:22-cv-03418

Dear Judge Carter:

    This letter is written in response to Plaintiff's Letter dated March 6, 2023. (Doc. 22.) Defendant PPE Solutions Group, LLC ("PPE") has informed undersigned counsel that a $5,000 payment was wired to counsel for Look Above today, and that it expects to wire a second $5,000 payment next week. Once that second payment is wired, PPE will be current on all payments due and owing under the settlement agreement.

Sincerely,

/s/ Kerry Brainard Verdi

Kerry Brainard Verdi

cc: Counsel of Record (via ECF)