**SABINO & SABINO, P.C.**
ATTORNEYS AT LAW
**92 Willis Avenue, 2nd Floor**
**Mineola, New York 11501**
**516-294-3199**
**Fax: 516-747-9405**
**E-mail: Anthony.Sabino@sabinolaw.com**
**www.sabinolaw.com**

ANTHONY MICHAEL SABINO
MARY JANE C. SABINO (1957-2006)

ADMITTED IN NEW YORK
PENNSYLVANIA
AND THE UNITED STATES
SUPREME COURT

1 June 2023

**VIA ECF AND EMAIL**

Hon. Andrew L. Carter, Jr.
United States District Court for the
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re: Look Above LLC v. PPE Solutions Group, LLC
    22-cv-03418 (ALC) (KHP) (S.D.N.Y.)

Your Honor:

Respectfully, we are the attorneys for the Plaintiff Look Above LLC ("Look Above") in the above captioned action against the Defendant PPE Solutions Group, LLC ("PPE"). The instant writing constitutes Look Above's required Pre-Motion Conference letter, submitted pursuant to this honorable Court's Individual Rule 2.A.

Look Above respectfully seeks permission to move this honorable Court for **an order enforcing the settlement reached herein, precisely, compelling PPE to make the 15 May 2023 installment payment, which remains unpaid as of the date above, and such other and further relief as the Court deems just and proper, under the circumstances.**

Look Above respectfully incorporates herein by reference and in full the facts and legal arguments made it its First Pre-Motion Conference letter to this honorable Court, dated 1 February 2023, and docketed as ECF No. 20, and its Second Pre-Motion Conference letter, dated 6 March 2023, and docketed as ECF No. 22.  In order to not waste the Court's valuable time, Look Above updates the pertinent facts, as follows.

As of the date of this letter, PPE has failed to make the installment payment scheduled for 15 May 2023.

The undersigned made diligent and polite inquiry of PPE's counsel.  These brief emails are attached separately at Exhibit "A."  The undersigned has heard nothing else from PPE's counsel as of this time.

1

An additional fact is worth noting.  PPE has *never* made a scheduled installment payment on time.  It has been consistently late. This fact is beyond refute.

As the docket amply demonstrates, Look Above has been compelled to trouble the Court with what should be nothing more than compliance with a straightforward settlement agreement, willingly and knowingly entered into by PPE, and with the assistance of learned counsel.

Look Above regrets having to take up this honorable Court's time *again* with so simple a matter, and therefore respectfully suggests that there is no need for oral argument or further briefing, as this matter can be easily resolved solely on the pleadings.  Look Above therefore respectfully requests that this honorable Court accept the instant letter as its motion, and thereby conserve precious judicial resources.

Accordingly, Look Above seeks an appropriate order from this honorable Court enforcing the settlement agreement, to wit and at this time, by ordering PPE to immediately tender the now overdue 15 May 2023 payment.

Furthermore, Look Above most respectfully suggests to this honorable Court that it should contemplate imposing some sort of financial penalty against PPE, in order to encourage PPE to make its future payments in a timely manner.

In closing, Look Above seeks the enforcement of the terms of the settlement agreement, and therefore requests permission to move this honorable Court for the entry of an appropriate order enforcing the settlement, specifically, compelling PPE to remit the 15 May 2023 installment payment immediately, and such other relief as the Court might think just and proper, under the circumstances.

This is Look Above's first request for relief specifically with regard to the unpaid 15 May 2023 installment.  Look Above acknowledges that it did request similar relief with regard to past late payments, docketed as ECF No. 20 and 22, as discussed herein above.

With thanks, I respectfully remain,

Very truly yours,

Anthony Michael Sabino
For Plaintiff Look Above

cc: Kerry Brainard Verdi, Esq.
      For Defendant PPE (via ECF and email)
RC, CC (Look Above)