UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------X

LOOK ABOVE LLC,

                Plaintiff,

v.

PPE SOLUTIONS GROUP, LLC,

                Defendant.
X------------------------------------------------X

ECF #

22 cv 03418 (ALC) (KHP)

JURY TRIAL DEMANDED

# EXHIBIT "A" TO

# LOOK ABOVE LLC'S

# PRE-MOTION CONFERENCE LETTER

# DATED 1 JUNE 2023

1

**anthony.sabino sabinolaw.com**

To: Kerry Verdi
Subject: Look Above PPE Solutions SDNY

22 May 2023

**WITHOUT PREJUDICE---ALL RIGHTS RESERVED**

Dear Kerry:

I trust this finds you well.

Respectfully, the installment payment due 15 May is now well over a week overdue.

Please apprise the undersigned as soon as possible as to the status of that payment.

Respectfully, we reserve all rights to take more definitive action should

The news be less than satisfactory.

With thanks, I remain,

Anthony Sabino

For the Firm

For Look Above


*Anthony Michael Sabino, Esq.*
SABINO & SABINO, P.C.
Attorneys at Law
92 Willis Avenue, 2d Floor
Mineola, New York 11501
Tel: (516) 294-3199; Fax: (516) 747-9405
Email: Anthony.Sabino@sabinolaw.com
Website: www.sabinolaw.com

This email and any data transmitted with it are privileged and confidential, and intended solely for the use of the intended recipient. If you have received this in error, please notify the sender immediately, and delete this email and all of its contents from your system. Please be informed that any unauthorized use, disclosure, dissemination, copying or retention of this email and/or its contents will subject you to legal action, including, but not limited to, money damages and injunctive relief.

1

anthony.sabino sabinolaw.com
_____

**From:** Kerry Verdi <kverdi@verdiogletree.com>
**Sent:** Monday, May 22, 2023 2:49 PM
**To:** anthony.sabino sabinolaw.com
**Subject:** RE: Look Above PPE Solutions SDNY

Thanks Anthony.

I reached out to the client and they are working on getting the payment to you as soon as possible. I will update you as soon as I can.

Thanks,
Kerry

**From:** anthony.sabino sabinolaw.com <anthony.sabino@sabinolaw.com>
**Sent:** Monday, May 22, 2023 1:17 PM
**To:** Kerry Verdi <kverdi@verdiogletree.com>
**Subject:** Look Above PPE Solutions SDNY

22 May 2023

**WITHOUT PREJUDICE---ALL RIGHTS RESERVED**

Dear Kerry:

I trust this finds you well.

Respectfully, the installment payment due 15 May is now well over a week overdue.

Please apprise the undersigned as soon as possible as to the status of that payment.

Respectfully, we reserve all rights to take more definitive action should

The news be less than satisfactory.

With thanks, I remain,

Anthony Sabino

For the Firm

For Look Above


*Anthony Michael Sabino, Esq.*
SABINO & SABINO, P.C.
Attorneys at Law
92 Willis Avenue, 2d Floor

1

anthony.sabino sabinolaw.com

**To:** Kerry Verdi
**Subject:** RE: Look Above PPE Solutions SDNY

22 May 2023

**WITHOUT PREJUDICE----ALL RIGHTS RESERVED**

Thank you. I look forward to hearing from you.

AMS

**From:** Kerry Verdi <kverdi@verdiogletree.com>
**Sent:** Monday, May 22, 2023 2:49 PM
**To:** anthony.sabino sabinolaw.com <anthony.sabino@sabinolaw.com>
**Subject:** RE: Look Above PPE Solutions SDNY

Thanks Anthony.

I reached out to the client and they are working on getting the payment to you as soon as possible. I will update you as soon as I can.

Thanks,
Kerry

**From:** anthony.sabino sabinolaw.com <anthony.sabino@sabinolaw.com>
**Sent:** Monday, May 22, 2023 1:17 PM
**To:** Kerry Verdi <kverdi@verdiogletree.com>
**Subject:** Look Above PPE Solutions SDNY

22 May 2023

**WITHOUT PREJUDICE---ALL RIGHTS RESERVED**

Dear Kerry:

I trust this finds you well.

Respectfully, the installment payment due 15 May is now well over a week overdue.

Please apprise the undersigned as soon as possible as to the status of that payment.

Respectfully, we reserve all rights to take more definitive action should

The news be less than satisfactory.

With thanks, I remain,

1