```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOOK ABOVE LLC,

                  Plaintiff,

-against-

PPE SOLUTIONS GROUP LLC,

                  Defendant.

22-cv-03418 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Plaintiff's third pre-motion conference letter. ECF No. 25. If Defendant wishes to respond, they may do so by filing a letter on or before **June 5, 2023**.

**SO ORDERED.**

Dated:    June 1, 2023
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**