USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOOK ABOVE LLC,

                Plaintiff,

-against-

PPE SOLUTIONS GROUP LLC,

                Defendant.

22-cv-03418 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' letters. ECF Nos 25, 27. The Court will hold a telephonic conference on **June 16, 2023 at 12:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660).**

SO ORDERED.

Dated:    June 7, 2023
            New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**