# Verdi & Ogletree PLLC

1325 G Street, NW
Suite 500
Washington, DC 20005
Phone: (202) 449-7703
Fax: (202) 449-7701

Kerry Brainard Verdi, Esquire
KVerdi@verdiogletree.com

June 15, 2023

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re: ***Look Above, LLC v. PPE Solutions Group, LLC*** No. 1:22-cv-03418

Dear Judge Carter:

      On June 1, 2023, Plaintiff's counsel filed a letter with the Court seeking, among other things, an order enforcing the settlement agreement reached between the parties and compelling PPE Solutions Group, LLC ("PPE") to make the May 15, 2023, installment payment. (Doc. # 25.) PPE has wired the installment payment that was due on May 15, 2023, together with the installment payment that was due today, June 15, 2023, to Plaintiff's counsel's IOLTA account. (*See* Proof of Wire, attached at Ex. 1.) As such, at this time, PPE is in compliance with the settlement agreement.

      Because PPE has now complied with the terms of the settlement agreement, PPE respectfully requests that the telephonic hearing scheduled for tomorrow at 12:00 p.m. be cancelled.

      Sincerely,

      */s/ Kerry Brainard Verdi*

      Kerry Brainard Verdi

cc: Counsel of Record (via ECF)

# Bank of Hope WIRE TRANSFER REQUEST 송금신청서

BRANCH NO. AND NAME: 744
DATE/TIME RCVD: 6/15/23 4:02 PM
PROCESSING: ☐ SAME DAY ☒ NEXT DAY

**WIRE AMOUNT** 송금액
- Transfer Amount: US$ 10,000.00
- Transfer Fee: US$ 28.—
- ☒ Domestic
- ☐ International
- International Wires Only: ☐ Consumer Wire (Dodd Frank) ☐ In USD Only (Do Not Convert)
- Debit Account: ☒ DDA ☐ SAV — [redacted]594
- Purpose of wire transfer for $5,000 or over/ANY...: Legal Invoice
- Foreign Currency ONLY: [blank]

**ORIGINATOR (SENDER)** 송금인
- Name: ITE Solutions Group LLC
- ☒ Address on Bank file is Current.

**INTERMEDIARY BANK** 중간 은행
- Name: [blank]
- ABA Routing No/SWIFT Code: [blank]

**BENEFICIARY'S BANK** 수취 은행
- Name: JP Morgan Chase
- Domestic ABA/Routing No: 021000021
- Address: 390 Madison Ave, NY, NY 10017
- Country: USA

**BENEFICIARY (RECIPIENT)** 수취인
- Name: Sabino & Sabino P.C.
- Account No: [redacted]811
- Address: 92 Willis Ave, 2nd floor, Mineola, New York, 11501
- Phone No: 516-294-3199
- Country: USA

**SIGNATURE OF ORIGINATOR** 송금인의 서명
- X _____ : BC
- Date: June 15, 2023

## BANK USE ONLY

VERIFICATION for In-Person at Branch
- Account Holder: ☐ ID ☐ SSN ☐ DOB ☒ Known to branch
- Conductor Name: [blank]

AUTHORIZATION VERIFICATION for Remote Requests [ ] Facsimile [ ] Delivery by Agent on Behalf of Originator

Processed/Approved by:
- Request Received and Processed By: Brian Chong /BC
- Approval for request up to $250,000: Senior /PM
- 2nd Approval for request over $250,000: [blank]
- Regional Management: [stamp] #6400653594
- Executive Management: [blank]

CUSTOMER COPY

EXHIBIT 1