# Verdi & Ogletree PLLC

Kerry Brainard Verdi, Esquire
KVerdi@verdiogletree.com

1325 G Street, NW
Suite 500
Washington, DC 20005
Phone: (202) 449-7703
Fax: (202) 449-7701

June 16, 2023

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re: *Look Above, LLC v. PPE Solutions Group, LLC* No. 1:22-cv-03418

Dear Judge Carter:

Yesterday, PPE filed a letter with the Court indicating that all payments due and owing under the settlement agreement had been made and seeking to cancel the telephonic conference scheduled for today. (Doc. # 29.) Following that filing, Plaintiff's counsel sent an email stating that he had no objection to the request to cancel the telephonic conference since "there is imply no need to trouble the Court any further." (Sabino Email, attached at Ex. 1.)

As such, we renew our request to cancel the telephonic conference scheduled for today at 12:00 p.m.

Sincerely,

*/s/ Kerry Brainard Verdi*

Kerry Brainard Verdi

cc: Counsel of Record (via ECF)

# EXHIBIT 1

| | |
|---|---|
| **From:** | anthony.sabino sabinolaw.com |
| **To:** | Kerry Verdi |
| **Subject:** | Look Above v PPE Solutions SDNY |
| **Date:** | Thursday, June 15, 2023 7:04:35 PM |

15 June 2023

**WITHOUT PREJUDICE----ALL RIGHTS RESERVED**

Dear Attorney Verdi:

Pardon the late hour. Please do not think I was ignoring your email of 1:07 P.M., and your ECF filing, No. 29, of 4:56 P.M., both today.

As fate would have it, I was actually at the Southern District courthouse for a good part of the day, mediating a rather difficult case pending before District Judge Ramos (I have been a *pro bono* mediator almost from the program's inception in the SDNY).

That is why I did not see any of this email traffic until now, nearly 7 P.M.

I shall endeavor, as soon as I can tomorrow morning, to confirm with my bank that $10,000, representing the very late 15 May payment and the 15 June payment are there. You understand, of course, I have to be duly diligent.

That said, I have no objection to PPE's request to cancel tomorrow's telephonic conference, since, if things are as you have said (and I have no reason to doubt you), then there is simply no need to trouble the Court any further.

Please feel free to communicate the above to the Court. You can even attach this email if you wish.

And always, out of an abundance of caution, Look Above fully reserves all of its rights herein.

I thank you for your recent efforts.

I remain, respectfully,

Anthony Sabino

For the Firm

For the Plaintiff Look Above.

*Anthony Michael Sabino, Esq.*

SABINO & SABINO, P.C.
Attorneys at Law
92 Willis Avenue, 2d Floor
Mineola, New York 11501
Tel: (516) 294-3199; Fax: (516) 747-9405
Email: Anthony.Sabino@sabinolaw.com
Website: www.sabinolaw.com

This email and any data transmitted with it are privileged and confidential, and intended solely for the use of the intended recipient.  If you have received this in error, please notify the sender immediately, and delete this email and all of its contents from your system.  Please be informed that any unauthorized use, disclosure, dissemination, copying or retention of this email and/or its contents will subject you to legal action, including, but not limited to, money damages and injunctive relief.