**SABINO & SABINO, P.C.**
ATTORNEYS AT LAW
92 Willis Avenue, 2nd Floor
Mineola, New York 11501
516-294-3199
Fax: 516-747-9405
E-mail: Anthony.Sabino@sabinolaw.com
www.sabinolaw.com

ANTHONY MICHAEL SABINO
MARY JANE C. SABINO (1957-2006)

ADMITTED IN NEW YORK
PENNSYLVANIA
AND THE UNITED STATES
SUPREME COURT

16 June 2023

**VIA ECF AND EMAIL**

Hon. Andrew L. Carter, Jr.
United States District Court for the
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

        Re: Look Above LLC v. PPE Solutions Group, LLC
        <u>22-cv-03418 (ALC) (KHP) (S.D.N.Y.)</u>

Your Honor:

    Respectfully, we are the attorneys for the Plaintiff Look Above LLC ("Look Above") in the above captioned action against the Defendant PPE Solutions Group, LLC ("PPE").

    I am pleased to confirm that I have confirmed with our bank this morning that Ten Thousand Dollars and no cents ($10,000.00) was received this morning in our firm's IOLTA account, said funds representing the (very late) 15 May payment and the 15 June payment.

    Therefore, Look Above consents to the Defendant's request to cancel the telephonic conference scheduled for 12 Noon today, and likewise joins in the Defendant's letter of this morning (ECF No. 30), and its attachment of the undersigned's consenting email of last evening.

    As stated therein, there is no need to trouble the Court further. Look Above thanks the Court for its understanding and patience in this matter.

    With thanks, I respectfully remain,

                            Very truly yours,

                            Anthony Michael Sabino
                            For Plaintiff Look Above

cc: Kerry Brainard Verdi, Esq.
      For Defendant PPE (via ECF and email)
RC, CC (Look Above)