```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/6/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LOOK ABOVE LLC,**

                 **Plaintiff,**

-against-

**PPE SOLUTIONS GROUP LLC,**

                 **Defendant.**

**22-cv-03418 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    According to the docket, the parties' letter motion at ECF No. 30 is still pending. This motion was addressed at the conference held on June 16, 2023. The Clerk of the Court is respectfully directed to terminate any open motion in this case.

**SO ORDERED.**

Dated:    October 6, 2023
            New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**