**SABINO & SABINO, P.C.**
ATTORNEYS AT LAW
92 Willis Avenue, 2nd Floor
Mineola, New York 11501
516-294-3199
Fax: 516-747-9405
E-mail: Anthony.Sabino@sabinolaw.com
www.sabinolaw.com

ANTHONY MICHAEL SABINO
MARY JANE C. SABINO (1957-2006)

ADMITTED IN NEW YORK
PENNSYLVANIA
AND THE UNITED STATES
SUPREME COURT

23 October 2023

**VIA ECF AND EMAIL**

Hon. Andrew L. Carter, Jr.
United States District Court for the
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

        Re: Look Above LLC v. PPE Solutions Group, LLC
        <u>22-cv-03418 (ALC) (KHP) (S.D.N.Y.)</u>

Your Honor:

    Respectfully, we are the attorneys for the Plaintiff Look Above LLC ("Look Above") in the above captioned action against the Defendant PPE Solutions Group, LLC ("PPE").

    The undersigned is pleased to withdraw, without prejudice, Look Above' Fourth Pre-Motion Conference letter, dated 18 October 2023 (ECF No. 33), for reason that today the Defendant PPE Solutions made the two (2) overdue settlement payments, which were due on 15 September 2023 and 15 October 2023, respectively. No further relief is requested at this time.

    With thanks, I respectfully remain,

                                    Very truly yours,

                                    Anthony Michael Sabino
                                    For Plaintiff Look Above

cc: Kerry Brainard Verdi, Esq.
      For Defendant PPE (via ECF and email)
RC, CC (Look Above)